IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| EARL LEE, § § § *Plaintiff*, § § v. § § C. R. BARD, INC., a Foreign corporation, § BARD PERIPHERAL VASCULAR, INC., § an Arizona corporation, McKESSON § CORPORATION, a corporation, and DOES § 1 through 100 Inclusive § § § *Defendants*. § | Case No. 2:20-cv-00168-KS-MTP |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MCKESSON CORPORATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendant McKesson Corporation, with each party to bear its own costs. This dismissal does not toll or extend any applicable statute of limitations.

Respectfully submitted this 23rd day of September, 2020.

| SHELTON DAVIS PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ David Shelton* | */s/ Elizabeth R. Hadley* |
| David Shelton, Esq. | Elizabeth Ross Hadley |
| MSB No. 99675 | MSB No. 99662 |
| 1223 Jackson Ave. East, Ste. 202 | 300 West 6th Street, Suite 2050 |
| P.O. Box 2541 | Austin, TX 78701 |
| Oxford, MS 38655 | Tel: (512) 320-7227 |
| Tel. (662) 281-1212 | Fax: (512) 320-7210 |
| Fax. (662) 281-1312 | Email: hadleye@gtlaw.com |
| Email: david@sheltondavispllc.com | |
| | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC - Jackson |
| FEARS NACHAWATI, PLLC | J. Carter Thompson , Jr. |
| Steven Schulte | MSB No.8195 |
| Texas Bar No. 24051306 | One Eastover Center |
| Email: Schulte@Fnlawfirm.Com | 100 Vision Drive, Suite 400 |
| 5473 Blair Road | P. O. Box 14167 (39236-4167) |
| Dallas, TX 75231 | Jackson, MS 39211 |
| Tel: (214) 890-0711 | Tel: (601) 351-8942 |
| Fax: (214) 890-0712 | Fax: (601) 974-8942 |
| | Email: cthompson@bakerdonelson.com |
| ***Attorneys For Plaintiff Earl Lee*** | ***Attorneys for Defendants C. R. Bard, Inc., Bard Peripheral Vascular Inc., and McKesson Corporation*** |