IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| EARL LEE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00168-TBM-MTP |
| | § | |
| C. R. BARD, INC., a Foreign corporation, | § | |
| BARD PERIPHERAL VASCULAR, INC., | § | |
| an Arizona corporation, and DOES 1 | § | |
| through 100 Inclusive, | § | |
| | § | |
| *Defendants*. | § | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted this 25th day of March, 2021.

/s/ Steven Scott Schulte
Steven Scott Schulte
FEARS NACHAWATI LAW FIRM
schulte@fnlawfirm.com
5473 Bair Rd, Dallas, TX 75231
Phone: (214) 890−0711 x1400
Fax: (214) 890−0712


/s/ David W. Shelton
David W. Shelton
MS Bar No. 99675
SHELTON DAVIS, PLLC
david@sheltondavispllc.com
1223 Jackson Avenue East, Ste. 202
Oxford, MS 38655
Phone: (662) 281-1212
**Attorneys for Plaintiff**

/s/ Elizabeth Ross Hadley
Elizabeth Ross Hadley
GREENBERG TRAURIG, LLP
MS State Bar No. 99662
hadleye@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
Phone: (512) 320-7200
Fax:  (512) 320-7210


/s/ J. Carter Thompson, Jr.
J. Carter Thompson, Jr.
MS State Bar No. 8195
cthompson@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167

PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
Phone: (601) 351-2400
Fax: (601) 351-2424

***Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.***